

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Bulnes, individually, and on behalf of other members of the general public similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Suez WTS Services USA, Inc., an unknown business entity; GE Mobile Water, Inc.,an unknown business entity;Does 1 through 100, inclusive<br><br>**Defendant.** | Civil Action No. 22-cv-01154-BAS-AHG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Suez WTS' Motion. (ECF No. 13.) Specifically, the Court ORDERS the parties to proceed to arbitration with the claims pressed in the Complaint in the manner provided for in the Arbitration Provision and Solutions Procedure, and DISMISSES without prejudice Bulnes' putative class-action claims. The case is hereby closed.

| | |
|---|---|
| **Date:**    5/4/23 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ J. Olsen<br><br>                                                    J. Olsen, Deputy |