UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Bulnes,<br><br>                                    Plaintiff,<br><br>    v.<br><br>Suez WTS Services USA, Inc.; GE Mobile Water, Inc.; and Does 1 through 100,<br><br>                                    Defendant. | Case No. 22-cv-1154-BAS-AHG<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE (ECF No. 30)** |

Before the Court is the parties' Joint Motion to Dismiss Plaintiff's individual claims with prejudice. (ECF No. 30.) Plaintiff originally filed this case as a putative class action, but this Court dismissed the putative class claims without prejudice, closed the case, and ordered the parties to arbitration nearly a year ago. (ECF No. 28.) This allowed Plaintiff's individual claims to survive as the parties proceeded into arbitration. Now, having completed arbitration, the parties jointly move to dismiss Plaintiff's individual claims with prejudice. (ECF No. 30 at 1:13–23.)

Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also*

*Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation.  No court order is required.  *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise.  *See* Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties have stipulated otherwise.  (*See* ECF No. 30.)

The Clerk of Court is **ORDERED** to re-open the case solely for the purposes of this order.   Having considered the parties' request, the Court **GRANTS** the Joint Motion.  (*Id.*)  Thus, the Court **DISMISSES WITH PREJUDICE** the instant action.  The Clerk of Court is further **ORDERED** to amend the Clerk's Judgment to reflect this order and is directed to close the case.

**IT IS SO ORDERED.**

**DATED: February 27, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.