

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Bulnes, individually, and on behalf of other members of the general public similarly situated<br><br>**Plaintiff,**<br>V.<br><br>Suez WTS Services USA, Inc., an unknown business entity; GE Mobile Water, Inc., an unknown business entity; Does 1 through 100, inclusive<br><br>**Defendant.** | Civil Action No.  22-cv-1154-BAS-AHG<br><br>**AMENDED**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the Joint Motion.  Thus, the Court DISMISSES WITH PREJUDICE the plaintiff's individual claims. The Clerk of Court is further ORDERED to amend the Clerk's Judgment to reflect this order and is directed to close the case . The case is hereby closed.

| | |
|---|---|
| Date:   2/27/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ M.Williams<br>M.Williams, Deputy |